ALLYNE R. ROSS  DATE: 3/27/17 8hrs
U.S.D.J.      TIME: 9:30am

COURT REPORTER: H. Driscol

## CIVIL CAUSE FOR JURY SELECTION AND TRIAL
CLERK: DENNIS E. LaSALLE

DOCKET CV-15-3762(ARR)
CASE TITLE  Bryant  -V- Serebrenik, et al.

### APPEARANCES

FOR PLAINTIFF(S) OR USA: Cary London & Christopher Gerace, esq

FOR DEFENDANT(S): Aimee Lulich & Joshua Friedman, esq.

__X__ CASE CALLED

__x__ COUNSEL FOR ALL SIDES PRESENT

_____ COUNSEL FOR PLAINTIFF/DEFENDANT PRESENT ONLY

_____ PLAINTIFF/DEFENDANT PRESENT W/O COUNSEL

__✓__ TRIAL COMMENCED

__✓__ JURORS SWORN

_____ TRIAL CONTINUED

__✓__ TRIAL ADJOURNED TO __3/28/17__ AT __9:30am__

_____ TRIAL CONCLUDED

_____ DECISION RESERVED

__x__ WITNESSES TESTIFY AND ARE SWORN IN

__x__ EXHIBITS MARKED AND ENTERED INTO EVIDENCE

OTHER: Opening arguments heard; Plaintiff rest; Defense rest.