ALLYNE R. ROSS                                DATE: 03/28/17
U.S.D.J.                                      TIME: 10:00am

                COURT REPORTER: H. Driscol

                    CIVIL CAUSE ON TRIAL
                  CLERK: DENNIS E. LaSALLE

DOCKET CV-15-3762(ARR)
CASE TITLE Bryant    -V- Serebrenik, et al.

                        APPEARANCES

FOR PLAINTIFF(S) OR USA : Cary London & Christopher Gerace, esq.


FOR DEFENDANT(S) :    Aimee Lulich & Joshua Friedman, esq.

__X__ CASE CALLED

__x__ COUNSEL FOR ALL SIDES PRESENT

_____ COUNSEL FOR PLAINTIFF/DEFENDANT PRESENT ONLY

_____ PLAINTIFF/DEFENDANT PRESENT W/O COUNSEL

__X__ TRIAL COMMENCED

_____ JURORS SWORN

_____ TRIAL CONTINUED

_____ TRIAL ADJOURNED TO _____ AT _____

__X__ TRIAL CONCLUDED

_____ DECISION RESERVED

_____ WITNESSES TESTIFY AND ARE SWORN IN

__x__ EXHIBITS MARKED AND ENTERED INTO EVIDENCE

OTHER: Closing argument heard; Jury charged; Marshal sworn; Rule 50 motion by defense is denied; Deliberations begin. Verdict rendered in favor of the plaintiff.