UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LAKISHA BRYANT, AS MOTHER AND NATURAL GUARDIAN OF INFANT I.K., LOURETTE MATHURIN, AS MOTHER AND NATURAL GUARDIAN OF INFANT J.M.,

                      Plaintiffs,

-against-

MARK SEREBRENIK; FRANK STANKEVICIUS; LUIS FALCON; GREGORY JORDAN; MATTHEW COLON; JOSEPH PALMIOTTO; "JOHN and JANE DOE 1 -10" individually and in their official capacities (the names John Doe being fictitious, as the true names are presently unknown),

                      Defendants.

**NOTICE OF MOTION**

15-CV-3762 (ARR) (CLP)

------------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Aimee K. Lulich dated April 7, 2017, the exhibits annexed thereto; the accompanying Memorandum of Law in Support thereof; and all the papers and proceedings had herein, the undersigned will move this Court, before the Honorable Allyne R. Ross, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, on a date to be determined by the Court, for a new trial pursuant to Rule 59 of the Federal Rules of Civil

Procedure (the "Federal Rules"), for judgment as a matter of law pursuant to Rule 50 of the Federal Rules, for amendment of the judgment pursuant to Rule 59 of the Federal Rules, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court Order dated March 28, 2017, plaintiffs' opposition papers, if any, shall be served on the undersigned no later than, April 17, 2017, and

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court Order dated March 28, 2017, defendants' reply papers, if any, shall be served on plaintiff by April 20, 2017.

Dated: New York, New York
April 7, 2017

        ZACHARY W. CARTER
        Corporation Counsel of the
          City of New York
        *Attorney for Defendants Serebrenik, Stankevicius, Palmiotto, Falcon, and Colon*
        100 Church Street, 3rd Floor
        New York, New York 10007
        (212) 356-2345

By:     /s/
        Aimee K. Lulich
        *Senior Counsel*

cc:   VIA ECF
     Cary London, Esq.
     London Indusi LLP